IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-29-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| KENNETH EUGENE RICHARDSON, | : | |
| Defendant. | : | |

On motion by the Government, and for good cause shown, it is hereby

ORDERED that the Clerk of Court for the Eastern District of North Carolina issue a check in the amount of $3,442.00 to the United States Marshal's Service for the Eastern District of North Carolina, to be deposited into the U. S. Department of Justice's Asset Forfeiture Fund, according to law.

SO ORDERED this 21st day of June, 2012.

JAMES C. FOX
Senior United States District Judge